1    *E-filed on* ____9/8/06____

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

| | |
|---|---|
| 12   IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION | No. MDL-1423<br>This Order Applies to All Actions |
| 13 | C-02-00142 RMW |
| 14   THIS ORDER RELATES TO: | C-02-00145 RMW<br>C-02-05437 RMW |
| 15   All Actions | C-03-03594 RMW<br>C-03-03596 RMW |
| 16 | C-03-03378 RMW<br>C-03-04003 RMW |
| 17 | C-03-05758 RMW<br>C-04-01791 RMW |
| 18 | C-04-03001 RMW<br>C-04-03365 RMW |
| 19 | C-04-04247 RMW<br>C-04-04359 RMW |
| 20 | C-06-03843 RMW<br>C-06-04295 RMW |
| 21 | |
| 22 | ORDER DENYING CYGNUS'S MOTION TO EXCLUDE EVIDENCE CONSIDERED DURING REEXAMINATION |
| 23 | |

24

25       Plaintiff Cygnus Telecommunications Technology, LLC moves for summary judgment that

26 references considered in the recent reexamination of the patents-in-suit may not be relied upon by

27 the defendants here when asserting invalidity of the patents-in-suit.  It is unclear from the motion the

28 precise basis on which Cygnus seeks to exclude the evidence.  Proceedings before the U.S. Patent

and Trademark Office are not binding on the courts.[1]  *See Quad Envtl. Techs. Corp. v. Union Sanitary Dist.*, 946 F.2d 870, 875-76 (Fed. Cir. 1991).  If the basis of Cygnus's motion is evidentiary rules, its timing is governed by the prior orders scheduling claim construction and related summary judgment motions, and any such motion to exclude evidence will be considered at the November 20, 2006 hearing.  Cygnus's motion is denied, though without prejudice to refiling as to any specific evidence which defendants seek to introduce at any evidentiary hearing.

DATED:        9/8/06

*Ronald M White*
RONALD M. WHYTE
United States District Judge

---

[1]  Cygnus clarified at oral argument that it was not seeking to exclude the evidence on the basis that the USPTO proceedings bound this court.

ORDER DENYING CYGNUS'S MOTION TO EXCLUDE EVIDENCE CONSIDERED DURING REEXAMINATION—MDL-1423
JAH                                                  2

1  **A copy of this order was mailed on _____ to:**

2  **Counsel for Plaintiff:**                    Kieran Patrick Fallon
                                                  436 SW 8th Street
3  John P. Sutton                                 Miami, FL 33130-2814
   2421 Pierce Street
4  San Francisco, CA 94115-1131                   Matthew Francis McGahren
                                                  Baum & McGahren
5  **Counsel for Defendants:**                    6171 Crooked Creek Road
                                                  Norcross, GA 30092
6  Alan M. Weisberg, Steven M. Greenberg
   Christopher & Weisberg, P.A.                   Lori D. Greendorfer, Maxim H. Waldbaum
7  200 E. Las Olas Avenue                         Schiff Hardin LLP
   Suite 2040                                     623 Fifth Avenue
8  Fort Lauderdale, FL 33301                      28th Floor
                                                  New York, NY 10022
9  John C. Carey
   Rodriguez Greenberg & Paul                     Thomas T. Tamlyn
10 1395 Brickell Ave, Suite 700                   Yeskoo Hogan & Tamlyn, LLP
   Miami, FL 33131                                535 Fifth Avenue
11                                                New York, NY 10017
   Felice B. Galant, Gregory B. Wood
12 Fulbright & Jaworski L.L.P.                    Peter S. Canelias
   865 South Figueroa Street                      Law Offices of Peter S. Canelias
13 Twenty-Ninth Floor                             420 Lexington Avenue
   Los Angeles, CA 90017                          Suite 2148
14                                                New York, NY 10170
   Joseph P. Zammit
15 Fulbright & Jaworski                           David T. Alexander
   666 Fifth Avenue                               MBV Law LLP
16 New York, NY 10103                             855 Front Street
                                                  San Francisco, CA 94111
17 John F. Mardula, Jon L. Roberts
   Roberts Mardula & Wertheim, LLC                Jon M. Gibbs
18 11800 Sunrise Valley Drive                     Akerman, Senterfitt
   Suite 1000                                     255 S. Orange Avenue
19 Reston, VA 20191-5302                          Suite 1700
                                                  Post Office Box 0231
20 Richard B. Sheldon                             Orlando, FL 32802-0231
   Mitchell Silberberg & Knupp LLP
21 11377 West Olympic Boulevard                   Elizabeth E. Green, R. Scott Shuker
   Los Angeles, CA 90064-1683                     Gronek & Latham, LLP
22                                                390 N. Orange Avenue
   Jeffrey L. Silvestrini, Brian F. Roberts       Suite 600
23 Cohne Rappaport & Segal                        Orlando, FL 32801
   P.O. Box 11008
24 Salt Lake City, UT 84147-0008                  Meredith L. Caliman
                                                  Meredith L. Caliman Law Offices
25 Raymond J. Etcheverry                          3858 Carson Street, Suite 120
   Parsons, Behle & Latimer                       Torrance, CA 90503-6705
26 One Utah Center
   201 South Main Street,                         Gregory J. Nelson
27 Suite 1800, Post Office Box 45898              Nelson & Roediger
   Salt Lake City, UT 84145                       3333 E Camelback Road, Suite 212
28                                                Phoenix, AZ 85018

ORDER DENYING CYGNUS'S MOTION TO EXCLUDE EVIDENCE CONSIDERED DURING REEXAMINATION—MDL-1423
JAH                                              3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Peter Neil Greenfeld
Greenfeld Law Group
3333 E Camelback Road, Suite 212
Phoenix, AZ 85018-2324

Matthew McGahren
Baum, McGahren & Chiu, LLC
6171 Crooked Creek Road
Norcross, GA 30092

**Courtesy Copy:**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC  20002-8004

Counsel for plaintiff is responsible for ensuring that involved attorneys not on the above service list receive a copy of this order, if necessary, and shall inform the court of any omissions.