**E-FILED on** 09/23/08

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL TELEPHONICS, LLC, et al.,<br><br>Defendants. | No. C-06-03843 RMW (MDL No. 1423)<br><br>JUDGMENTS OF DISMISSAL |
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ONE WORLD COMMUNICATIONS, et al.,<br><br>Defendants. | No. C-06-04295 RMW (MDL No. 1423) |
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAJOSA COMMUNICATIONS CORP., et al.,<br><br>Defendant. | No. C-06-06479 RMW (MDL No. 1423) |

1   On September 22, 2008 the court issued its order dismissing the above-captioned cases. Therefore,

IT IS HEREBY ordered that judgment is entered in each of these cases in favor of defendants and against plaintiff and plaintiff shall take nothing by way of its complaints. A copy of this judgment shall be filed in each of the above cases.

DATED:     09/23/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER OF DISMISSAL
C-06-03843 RMW, C-06-04295 RMW, C-06-06479 RMW        2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**
John Sutton          johnpsutton@earthlink.net

**Counsel for Defendants:**
Allison Cammack      acammack@crgplaw.com
John Carey           jcarey@crgplaw.com

**Notice of this document was sent to:**

**Counsel for Plaintiff:**
Gregory J. Nelson
Nelson & Roediger
3333 E Camelback Road
Suite 212
Phoenix , AZ 85018

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     09/23/08                        JAS
                                               **Chambers of Judge Whyte**

ORDER OF DISMISSAL
C-06-03843 RMW, C-06-04295 RMW, C-06-06479 RMW     3